IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD T. COLLIER,

    Plaintiff,

v.

THE VALLEJO WATER CO.,

    Defendant.

No. C -12-01635 EDL

**ORDER REQUIRING UNITED STATES MARSHAL'S OFFICE TO SERVE SUMMONS AND COMPLAINT**

On April 20, 2012, the Court granted Plaintiff's Application to Proceed <u>In Forma Pauperis</u>, and dismissed his complaint with leave to amend. Plaintiff timely filed an amended complaint. Accordingly, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit in support of his Application to Proceed <u>In Forma Pauperis</u>, and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: July 12, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge