IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. COLLIER,<br><br>    Plaintiff,<br><br>  v.<br><br>THE VALLEJO WATER CO.,<br><br>    Defendant.<br>_____/ | No. C -12-01635 EDL<br><br>**ORDER REQUIRING UNITED STATES MARSHAL'S OFFICE TO SERVE SUMMONS AND COMPLAINT** |

On April 20, 2012, the Court granted Plaintiff's Application to Proceed <u>In Forma Pauperis</u>, and dismissed his complaint with leave to amend. Plaintiff timely filed an amended complaint. Accordingly, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit in support of his Application to Proceed <u>In Forma Pauperis</u>, and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: July 12, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge