IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. COLLIER,<br><br>        Plaintiff,<br><br>   v.<br><br>THE VALLEJO WATER CO., *et al.*,<br><br>        Defendants.<br>                                                              / | No. C 12-1635 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On August 24, 2012, this case was reassigned to this Court. The docket in this case shows that on August 20, 2012, defendant County of Solano filed a motion to dismiss, and on August 23, 2012, defendant City of Vallejo filed a motion to dismiss. *Pro se* plaintiff Donald Collier's oppositions to those motions were due on September 6, 2012, and September 10, 2012, respectively. Plaintiff did not file any oppositions, nor did plaintiff request an extension of time.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than **September 27, 2012**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). If plaintiff responds to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendants' motions to dismiss. The September 28, 2012 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: September 13, 2012

                                                                SUSAN ILLSTON
                                                                United States District Judge