IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD T. COLLIER,

    Plaintiff,

v.

THE VALLEJO WATER CO., *et al.*,

    Defendants.
                              /

No. C 12-1635 SI

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On September 13, 2012, the Court issued an order directing plaintiff to show cause in writing no later than September 27, 2012, why this case should not be dismissed for failure to prosecute. Plaintiff did not file a response to the order. Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). All pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: October 1, 2012

SUSAN ILLSTON
United States District Judge