IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. COLLIER, | No. C 12-1635 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE VALLEJO WATER CO., *et al.*, | |
| Defendants. | |

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 1, 2012

SUSAN ILLSTON
United States District Judge