IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD T. COLLIER,

    Plaintiff,

v.

THE VALLEJO WATER CO., *et al.*,

    Defendants.

                                 /

No. C 12-1635 SI

**JUDGMENT**

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 1, 2012

SUSAN ILLSTON
United States District Judge